UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| SINGING RIVER HEALTH SYSTEM ) <br> a/k/a SINGING RIVER HOSPITAL ) <br> SYSTEM, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KPMG LLP, ) <br> ) <br>     Defendant. ) | Civil Action No.: <br> 3:15-cv-00036-HTW-LRA |

## DEFENDANT KPMG LLP'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO STAY

Defendant KPMG LLP ("KPMG") moves to dismiss Plaintiff Singing River Health System's ("Singing River") complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(3) for lack of subject matter jurisdiction and improper venue or, in the alternative, to stay the action pursuant to the Federal Arbitration Act, 9 U.S.C. § 3. In support of its Motion, KPMG shows the Court the following:

1. This Court lacks subject matter jurisdiction because Singing River cannot plead facts establishing complete diversity of citizenship between it and KPMG;

1

2. Venue is improper because Singing River's claims are subject to its valid, binding arbitration agreement with KPMG; and

3. In the alternative, if the Court determines that it has federal subject matter jurisdiction over this dispute, the Court should stay the action pending arbitration of Singing River's claims pursuant to its valid, binding arbitration agreements with KPMG.

For the reasons set forth in its supporting Memorandum, KPMG requests that the Court dismiss Singing River's complaint or, in the alternative, stay this action pending arbitration. Pursuant to Rule 16(b)(3)(B) of the Uniform Local Rules for the Southern District of Mississippi, KPMG also requests that the Court stay the attorney conference and disclosure requirements and all discovery not related to the issues raised in KPMG's Motion.

DATED: March 6, 2015.

Respectfully submitted,

**KPMG LLP**

By: <u>**s/Amelia Toy Rudolph**</u>
One of Its Attorneys

OF COUNSEL:

R. David Kaufman (MS Bar No. 3526)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Post Office Drawer 119
Jackson, Mississippi  39205
telephone:  (601) 948-3101
facsimile:  (601) 960-6902
dkaufman@brunini.com

Taylor McNeel (MS Bar No. 102737)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
727 Howard Avenue
Suite 401 (39530)
Biloxi, Mississippi  39533-0127
telephone:  (228) 435-1198
facsimile:  (228) 435-0639
TMcNeel@brunini.com

Amelia Toy Rudolph  (GA Bar No. 715126)
  (admitted *pro hac vice*)
Patricia A. Gorham  (GA Bar No. 302669)
  (admitted *pro hac vice*)
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Suite 2300
Atlanta, Georgia  30309
telephone:  (404) 853-8000
facsimile: (404) 853-8806
amelia.rudolph@sutherland.com
patricia.gorham@sutherland.com

*Attorneys for Defendant KPMG LLP*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2015, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Edward C. Taylor
>DANIEL COKER HORTON AND BELL, PA
>1712 15th Street, Suite 400
>P.O. Box 416
>Gulfport, Mississippi 39502-0416
>etaylor@danielcoker.com
>
>Terry R. Levy
>DANIEL COKER HORTON AND BELL, PA
>4400 Old Canton Road, Suite 400
>P.O. Box 1084
>Jackson, Mississippi 39215-1084
>tlevy@danielcoker.com
>
>Katherine G. Treistman
>SUSMAN GODFREY L.L.P.
>1000 Louisiana
>Suite 5100
>Houston, Texas 77002-5096
>ktreistman@susmangodfrey.com
>
>Tamar Lusztig
>SUSMAN GODFREY L.L.P.
>560 Lexington Avenue
>15th Floor
>New York, New York 10022-6828
>tlusztig@susmangodfrey.com

                                            **s/Amelia Toy Rudolph**
                                            Attorney for KPMG LLP