UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| SINGING RIVER HEALTH SYSTEM a/k/a SINGING RIVER HOSPITAL SYSTEM, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.: 3:15-cv-00036-HTW-LRA |
| KPMG LLP, | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the court in response to Defendant KPMG LLP's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Improper Venue, or In the Alternative to Stay. Rule 16(b)(3)(B) of the Uniform Local Rules for the Southern District of Mississippi provides that the filing of a jurisdictional defense "stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion."

IT IS, THEREFORE, ORDERED that all proceedings herein, including the case management conference and all motions filed by the parties herein, but excluding discovery relating to jurisdiction, shall be and are hereby stayed with regard to all parties, pending the court's ruling on the motion to dismiss.

IT IS FURTHER ORDERED that should the motion to dismiss be denied, plaintiff shall notify the United State Magistrate Judge of the decision on the jurisdictional defense and shall submit an order lifting the stay.

SO ORDERED, this 9th day of March, 2015.

__S/ Linda R. Anderson___________
United States Magistrate Judge

*Order Prepared By:*

R. David Kaufman (MS Bar No. 3526)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Post Office Drawer 119
Jackson, Mississippi 39205
telephone: (601) 948-3101
facsimile: (601) 960-6902
dkaufman@brunini.com

Taylor McNeel (MS Bar No. 102737)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
727 Howard Avenue
Suite 401 (39530)
Biloxi, Mississippi 39533-0127
telephone: (228) 435-1198
facsimile: (228) 435-0639
TMcNeel@brunini.com

Amelia Toy Rudolph (GA Bar No. 715126)*
Patricia A. Gorham (GA Bar No. 302669)*
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Suite 2300
Atlanta, Georgia 30309
telephone: (404) 853-8000
facsimile: (404) 853-8806
amelia.rudolph@sutherland.com
patricia.gorham@sutherland.com
* admitted *pro hac vice*

*Attorneys for Defendant KPMG LLP*