UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| SINGING RIVER HEALTH SYSTEM A/K/A SINGING RIVER HOSPITAL SYSTEM, *Plaintiff,* | x | |
| -against- | x | 3:15CV36-HTW-LRA |
| KPMG LLP *Defendant.* | x | |

**ORDER GRANTING FOURTH UNOPPOSED MOTION OF PLAINTIFF SINGING RIVER HEALTH SYSTEM FOR AN EXTENSION OF TIME WITHIN WHICH TO RESPOND TO KPMG LLP'S MOTION TO DISMISS THE COMPLAINT**

WHEREAS, Plaintiff Singing River Health System a/k/a Singing River Hospital System has moved this Court for an extension of time to respond to Defendant KPMG LLP's motion to dismiss; and

WHEREAS, Defendant KPMG LLP's consents to Plaintiff's request for an extension.

IT IS HEREBY ORDERED that Plaintiff's response to Defendant's motion to dismiss is due on July 31, 2015.

SO ORDERED: June 17, 2015_____

s/ HENRY T. WINGATE_________
Hon. Henry T. Wingate
United States District Court Judge