UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| SINGING RIVER HEALTH SYSTEM A/K/A SINGING RIVER HOSPITAL SYSTEM, *Plaintiff,* | x | Civil Action No.: 3:15CV36-HTW-LRA |
| -against- | x | |
| KPMG LLP *Defendant.* | x | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Singing River Health System a/k/a Singing River Hospital System, by and through undersigned counsel, hereby notifies the Court that it is voluntarily dismissing this action without prejudice.

Dated: September 30, 2015

Respectfully submitted,

By: /s/ Tamar Lusztig
Tamar Lusztig (*pro hac vice*)
Susman Godfrey L.L.P.
560 Lexington Ave, 15th Floor
New York, New York 10022
Telephone: (212) 336-8330
Fax: (212) 336-8340

Katherine Treistman (*pro hac vice)*
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Fax: (713) 654-6666

Edward C. Taylor (MS Bar # 9043)

Daniel Coker Horton & Bell, P.A.
1712 15th Street, Suite 400 (39501)
Gulfport, Mississippi 39502-0416
Telephone: (228) 864-8117
Fax: (228) 864-6331

*Attorneys for Plaintiff Singing River*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2015, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

R. David Kaufman (MS Bar No. 3526)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Post Office Drawer 119
Jackson, Mississippi 39205
dkaufman@brunini.com

Taylor McNeel (MS Bar No. 102737)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
727 Howard Avenue
Suite 401 (39530)
Biloxi, Mississippi 39533-0127
TMcNeel@brunini.com

Amelia Toy Rudolph (GA Bar No. 715126)
(admitted pro hac vice)
Patricia A. Gorham (GA Bar No. 302669)
(admitted pro hac vice)
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Suite 2300
Atlanta, Georgia 30309
amelia.rudolph@sutherland.com
patricia.gorham@sutherland.com

*Attorneys for Defendant KPMG LLP*

/s/ Tamar Lusztig
Tamar Lusztig